# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MICHAEL BOWER                                                        PLAINTIFF

VS.                  Case No. 4:19CV00468 SWW

FERMAN JONES                                                    DEFENDANT

## **ORDER**

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 2nd day of July 2019.

                                                           AT THE DIRECTION OF THE COURT
                                                           JAMES W. McCORMACK, CLERK

                                                           BY: Heather Clark
                                                              Courtroom Deputy to
                                                              U.S. District Judge Susan Webber Wright