# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL BOWER**                                            **PLAINTIFF**

v.                          No. 4:19-cv-468-DPM

**FERMAN JONES**                                          **DEFENDANT**

## ORDER

Motion to withdraw, *No. [7]*, denied without prejudice. Jones must either get new counsel, or file a paper with the Court (with complete contact information) indicating that he wants to proceed without a lawyer, by 20 December 2019. If he does not get new counsel, or file notice of his intention to proceed *pro se*, by December 20th, then the Court will dismiss his case without prejudice for failure to prosecute. Local Rule 5.5 (c)(2). The 26(f) report deadline is extended to 15 January 2020.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2019