# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL BOWER**                                              **PLAINTIFF**

v.                          No. 4:19-cv-468-DPM

**FERMAN JONES**                                               **DEFENDANT**

## ORDER

1. The Court made a mistake in Order № 9 and so it vacated that Order.

2. Motion to withdraw, № 7, denied without prejudice. Jones must either get new counsel, or file a paper with the Court (with complete contact information) indicating that he wants to proceed without a lawyer, by 20 December 2019. The 26(f) report deadline is extended to 15 January 2020.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2019