IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL BOWER                                               PLAINTIFF

v.                      No. 4:19-cv-468-DPM

FERMAN JONES                                                DEFENDANT

## ORDER

Renewed motion to withdraw, № 14, granted. Jones will proceed *pro se*. The Court directs the Clerk to update the docket with the contact information contained in Defendant's motion, № 14 at 4, and mail a copy of this Order to Jones.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2020