IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL BOWER                                                               PLAINTIFF

v.                              No. 4:19-cv-468-DPM-PSH

FERMAN JONES                                                                DEFENDANT

## ORDER

To better manage the Court's schedule, the trial date is continued to 12 April 2021. All deadlines remain the same.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2020