IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICAHEL BOWER                                                    PLAINTIFF

v.                         No. 4:19-cv-468-DPM

FERMAN JONES                                                DEFENDANT

## ORDER

1. The Court withdraws the referral.

2. Motion to voluntarily dismiss, *Doc. 26*, granted. FED. R. CIV. P. 41(a)(2). Bower's complaint will be dismissed without prejudice. The pending motion to compel discovery, *Doc. 16*, is denied as moot.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 August 2020