IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICAHEL BOWER                                                    PLAINTIFF

v.                          No. 4:19-cv-468-DPM

FERMAN JONES                                              DEFENDANT

JUDGMENT

Bower's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 August 2020